May Term,
1860.                          WILKERSON and Another *v.* CHADD.

NELSON
v.
HART.          APPEAL from the *Putnam* Circuit Court.

Monday,              *Per Curiam.*—Suit on note.   Answer, averring that the
June 11.         note was given for lands for which an imperfect deed was
executed, which is referred to and made a part of the an-
swer, and that the vendor had no title to a part, &c., of
said land, &c.   Demurrer sustained to the answer.   Judg-
ment for plaintiff.

The deed exhibited does not sustain the averments in
the answer.   The demurrer was properly sustained.   *Small*
v. *Reeves*, at this term (1).

The judgment is affirmed with 5 per cent. damages and
costs.

*J. P. Usher*, for the appellants.
*D. E. Williamson*, for the appellee.

(1) *Ante,* 163.

—————————————

NELSON *v.* HART, Administrator.

Monday,             APPEAL from the *Putnam* Court of Common Pleas.
June 11.
*Per Curiam.*—Suit by the appellant against the appel-
lee.   Trial by the Court; finding and judgment for the
defendant.

The errors assigned are upon the admission of the testi-
mony of a witness claimed to be incompetent to testify,
and the admission of a deposition in evidence which had
been suppressed.

There was no motion for a new trial; hence, no ques-
tion is presented for our consideration.   *Kent* v. *Lawson*,
12 Ind. R. 675.

The judgment is affirmed with costs.

*J. A. Matson* and *D. E. Williamson*, for the appellant.